IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JEREMY COOPER § | |
| § | |
| V. § | Civil Action No. 5:21-CV-132-RWS-JBB |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-captioned civil action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition this action, has been presented for consideration. Docket No. 17. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiff's above-captioned Social Security action is **REVERSED AND REMANDED**.   It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

So **ORDERED and SIGNED** this 15th day of March, 2023.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE